IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LATOYA M. JACKSON, #164 285, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:18-CV-912-WHA |
| OFFICER SULLIVAN, | ) |
| Defendant. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered March 12, 2019. Doc. 24. There being no timely objection filed to the Recommendation, and based on an independent and *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

Done, this 2nd day of April 2019.

    /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE